UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DEBORAH TRACY,                           )
                                         )
            Plaintiff,                   )
                                         )   **JUDGMENT IN A CIVIL CASE**
       v.                                )
                                         )   **CASE NO. 7:17-CV-81-D**
NANCY A. BERRYHILL, Acting Commissioner  )
of Social Security,                      )
                                         )
            Defendant.                   )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on October 30, 2017, and Copies To:**
Charlotte Williams Hall           (via CM/ECF electronic notification)
Mark J. Goldenberg                (via CM/ECF electronic notification)

DATE:                             PETER A. MOORE, JR., CLERK
October 30, 2017                  (By) /s/ Nicole Briggeman
                                  Deputy Clerk