IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-81-D

| | |
|---|---|
| DEBORAH TRACY, | ) |
|             Plaintiff, | ) |
| v. | ) |
| NANCY A. BERRYHILL,<br>   Acting Commissioner of Social Security, | ) |
|             Defendant. | ) |

## ORDER FOR PAYMENT OF ATTORNEY FEES

The Court hereby awards Plaintiff $3,500.00 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

In addition, the Court hereby awards Plaintiff $400.00 for court costs.

SO ORDERED. This ___13___ day of December 2017.

JAMES C. DEVER III
Chief United States District Judge