UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH TRACY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:17-CV-81-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby awards Plaintiff $3,500.00 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiffs attorney. In addition, the Court hereby awards Plaintiff $400.00 for court costs.

**This Judgment Filed and Entered on December 13, 2017, and Copies To:**
Charlotte Williams Hall                                        (via CM/ECF electronic notification)
Mark J. Goldenberg                                             (via CM/ECF electronic notification)


DATE:                                            PETER A. MOORE, JR., CLERK
December 13, 2017                       (By) /s/ Nicole Briggeman
                                                           Deputy Clerk